IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK P. FRY and** | : | CIVIL ACTION |
| **ELEANOR H. FRY,** | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 12-4914 |
| | : | |
| | : | |
| **THE PHOENIX INSURANCE CO.,** | : | |
| Defendant | : | |

## O R D E R

**AND NOW**, this   19th     day of September, 2014, upon consideration of the Motion for Summary Judgment of Defendant The Phoenix Insurance Company (Document # 13), and all responses and replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

Judgment on the merits is **ENTERED** in favor of Defendant The Phoenix Insurance Company and against Plaintiffs Frederick P. Fry and Eleanor H. Fry.

BY THE COURT:


  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.